**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA   17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

October 5, 2009

Clerk, U.S. Bankruptcy Court

RE: Brian J. & Colleen E. Bresnock
    Bankruptcy Case No.  5-03-54560
    Unclaimed Funds For: Schreiber & Associates
                           65 Flagship Dr. #A
                           North Andover MA 01845

Dear Clerk:

    Enclosed herewith please find check No.753872 for $1,432.30 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

    Should you have any questions or concerns regarding this matter, please feel free to contact our office.

                                          Very truly yours,

                                          Carol A. Kreider
                                          Funds Manager